IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:16-CR-35-1BO

UNITED STATES OF AMERICA     :
                                    :
         v.                     :
                                    :
MONTELL DANGELO JACKSON     :

FILED IN OPEN COURT
ON 1/18/2017
Julie Richards Johnston, Clerk
US District Court
Eastern District of NC

## ORDER OF FORFEITURE

WHEREAS, pursuant to the entry of a Memorandum of Plea
Agreement entered into by the defendant on June 2, 2016, and
further evidence of record and as presented by the Government,
the Court finds that the following property is hereby
forfeitable pursuant to 18 U.S.C. § 924(d)(1), made applicable
to this proceeding by virtue of 28 U.S.C. § 2461(c), as a firearm
and ammunition used in knowing violations of 18 U.S.C. §§
922(g)(1) and 924, to wit, a Taurus, model PT917C, 9mm firearm,
SN: TCW39052, and rounds of Winchester Universal, game and
target load, shotgun ammunition;

AND WHEREAS, by virtue of said Memorandum of Plea
Agreement, the United States is now entitled to possession of
said personal property, pursuant to Fed. R. Crim. P. 32.2(b)(3);

It is hereby ORDERED, ADJUDGED and DECREED:

1

1.     That based upon the Memorandum of Plea Agreement as to the defendant MONTELL DANGELO JACKSON, the United States is hereby authorized to seize the above-stated personal property, and it is hereby forfeited to the United States for disposition in accordance with the law, including destruction, as allowed by Fed. R. Crim. P. 32.2(b)(3). In accordance with Fed. R. Crim. P. 32.2(b)(4)(A), this Order is now final as to the defendant.

2.     That upon sentencing and issuance of the Judgment and Commitment Order, the Clerk of Court is directed to incorporate a reference to this Order of Forfeiture in the applicable section of the Judgment, as required by Fed. R. Crim. P. 32.2(b)(4)(B).

The Clerk is hereby directed to send copies of this Order to all counsel of record.

SO ORDERED.  This *19* day of January, 2017.


_____
TERRENCE W. BOYLE
United States District Judge

2